IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                        Case No.  3:07mj283

**CESAR OSVALDO LUNA-ENCINAS**

### ORDER FINDING PROBABLE CAUSE

A preliminary hearing was held, and based on the evidence presented, the court finds that there is probable cause, pending presentation to a grand jury.

Dated:      September 26, 2007


/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**